STANLEY BOYLAN v. STACEY M. HINDERKS.

February 14, 1979. Petition for certification dismissed as having been improvidently granted.

ANDREA P. CORREIA v.
MAPLEWOOD EQUIPMENT COMPANY.

February 23, 1979. Petition for certification dismissed as having been improvidently granted.

BARBARA BALKUM v. CITY OF NEWARK, *ET AL.*

February 27, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS L. STRONG.

February 27, 1979. Petition for certification denied.

STEVEN MILKOVITS v. HARRIS STRUCTURAL STEEL CO.

February 27, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH GALLAGHER.

February 27, 1979. Petition for certification denied.